BAILEY, Appellant, v. REED, Respondent. (Supreme Court, Appellate Division, First Department. January 5, 1900.) Action by William E. Bailey against Ellen F. Reed. From an order denying plaintiff's motion to place cause on the preferred calendar, he appeals. Reversed. Leopold Leo, for appellant. PER CURIAM. For the reasons stated in the case of Bailey v. Miles (decided herewith) 61 N. Y. Supp. 977, the order appealed from is re-

versed, with $10 costs and disbursements, and the case remitted to the trial term, to be determined upon the merits.